

# BOHMAN | MORSE
bespoke representation

400 POYDRAS STREET, SUITE 2050, NEW ORLEANS, LA 70130

HARRY E. MORSE
PHONE: (504) 930-4030
FAX: (888) 217-2744
HARRY@BOHMANMORSE.COM

April 18, 2023

United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

Re:   Diamond Services Corporation vs RLB Contracting, et al.
      Case No. 23-40137
      On appeal from the United States District Court for the
      Southern District of Texas, 3:21-cv-00253

Dear Clerk:

   Appellant Diamond Services Corporation asks this Court for a three-day extension to file its brief, until Friday April 21, 2023. Counsel for RLB Contracting, Harbor Dredging, and Travelers Casualty & Surety Company have been contacted and all appellees consent to this request. Diamond Services Corporation asks for this extension in light of a persistent but not critical illness suffered by Diamond's counsel.

Sincerely,

**HARRY E. MORSE**

CC:   All Counsel