**No. 23-40137**

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

Diamond Services Corporation,

Plaintiff - Appellant

v.

RLB Contracting, Incorporated; Harbor Dredging, Incorporated; Travelers
Casualty and Surety Company of America,

Defendants - Appellees

---

**On Appeal from**
United States District Court for the Southern District of Texas
3:21-CV-253

---

**OPPOSITION TO MOTION FOR LEAVE TO FILE SUR-REPLY**

---

SUBMITTED BY:

Harry E. Morse
Martin S. Bohman
Bohman Morse, L.L.C.
400 Poydras Street
New Orleans, LA 70130

# Argument

This Court should deny appellee RLB Contracting, Inc's motion for leave to file a sur-reply. Diamond, appellant, filed its brief. RLB, appellee, filed its brief. Diamond then filed a reply brief. Excluding the parts of Diamond's reply brief exempted by Fed. R. App. P. 32(f), Diamond's reply brief was nine pages long. Those nine pages focused principally on RLB's failure to cite Fed. R. Civ. P. 9(h)(2). Diamond brought to light no new facts, and other than pointing out the relevant law regarding jurisdiction, little new law.

RLB's proposed sur-reply is more than double the length of Diamond's reply. It offers nothing that could not have been offered in RLB's initial brief. It offers little case law, and certainly nothing to suggest that Fed. R. Civ. P. 9(h)(2) does not mean what it says. Instead, RLB's proposed pleading is argument. There is nothing wrong with argument, but there is no need for RLB to file a supplemental brief to reiterate points it either should have made, or did make, in its first brief. If RLB is permitted to file a supplemental brief, it should be limited to 350 words afforded by Fed. R. App. P. 28(j).

In the alternative, should RLB be afforded leave to file a brief, Diamond should be afforded leave to respond to RLB within 14 days of the resolution of RLB's motion.

SUBMITTED BY:

S/Harry E. Morse
Bohman Morse, L.L.C.
400 Poydras Street, Suite 2050
New Orleans, LA 70130

# CERTIFICATE OF SERVICE

I certify that on July 5, 2023, the foregoing document was forwarded served via the

Court's CM/ECF Document Filing System, to all counsel.

S/Harry E. Morse