# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 12, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40137   Diamond Services v. RLB Contracting
                   USDC No. 3:21-CV-253

Enclosed is an order entered in this case.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             */s/ Dantrell Johnson*
                             By: _____
                             Dantrell L. Johnson, Deputy Clerk
                             504-310-7689

Mr. Martin Stewart Bohman
Ms. Megan Daily
Mr. Mark Christopher Guthrie
Mr. Harry E. Morse
Mr. Nathan Ochsner
Mr. Elliot William Scharfenberg
Mr. Cody Schneider
Mr. Christopher Solop
Mr. John T. Wooldridge, Jr.

**P.S. to All Counsel:** In light of the attached order, the Appellant's motion requests incorporated in the response/opposition filed July 5, 2023, have been mooted.