# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 26, 2023

No. 23-40137    Diamond Services v. RLB Contracting
                USDC No. 3:21-CV-253

Dear Counsel:

**At Oral Argument, please come prepared to discuss whether this court has jurisdiction over this appeal under 28 U.S.C. § 1292(a)(3).**

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shirley M. Engelhardt, Deputy Clerk
504-310-7631

cc:
 Mr. Martin Stewart Bohman
 Ms. Megan Daily
 Mr. Mark Christopher Guthrie
 Mr. Harry E. Morse
 Mr. Elliot William Scharfenberg
 Mr. Cody Schneider
 Mr. Christopher Solop
 Mr. John T. Wooldridge Jr.