# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 09, 2024

Mr. Nathan Ochsner
Southern District of Texas, Galveston
United States District Court
601 Rosenberg Street
Room 411
Galveston, TX 77550-0000

    No. 23-40137   Diamond Services v. RLB Contracting
                           USDC No. 3:21-CV-253

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Dantrell L. Johnson, Deputy Clerk
                           504-310-7689

cc:
    Mr. Martin Stewart Bohman
    Ms. Megan Daily
    Mr. Mark Christopher Guthrie
    Mr. Harry E. Morse
    Mr. Elliot William Scharfenberg
    Mr. Cody Schneider
    Mr. Christopher Solop
    Mr. John T. Wooldridge, Jr.